**Closed**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ADMINISTRATIVE

TERMINATION ORDER-Bankruptcy

DAYS INNS WORLDWIDE, INC.

v.

PATEL                                          10-4249 (SRC)

It appearing that proceedings in the above matter have been stayed pending the disposition of hearings before the United States Bankruptcy Court which may become dispositive of the litigation here pending,

It is on this 8th day of October, 2010,

O R D E R E D that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation of order, or for any other purpose required to obtain a final determination of the litigation.

S/STANLEY R. CHESLER
United States District Court Judge